Mr. *James P. Northrop,* for the appellants.

Mr. *Norman Grey,* for the respondent.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.

---

FLORENCE PFEFFERLE et al., appellants,

*v.*

CHARLES F. HERR, as executor, &c., et al., respondents.

[Argued December 3d, 1909.   Affirmed without opinion June 20th, 1910.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Walker, whose opinion is reported in *75 N. J. Eq.* (*5 Buch.*) *219.*

Mr. *Samuel A. Besson,* for the appellants.

Mr. *Alfred F. Skinner,* for the respondents.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.